IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELI CRAWFORD, IV, )<br>　　　　Petitioner, )<br> )<br>vs. )<br> )<br>WARDEN KENNETH JONES; THE )<br>DISTRICT ATTORNEY OF THE )<br>COUNTY OF ALLEGHENY; THE )<br>ATTORNEY GENERAL OF THE STATE )<br>OF PENNSYLVANIA, )<br>　　　　Respondents. ) | Civil Action No. 06-397<br>Judge Alan N. Bloch/<br>Magistrate Judge Amy Reynolds Hay |

ORDER

AND NOW this ___3rd___ day of ___January___, 2007, after the plaintiff filed a Petition for Writ of Habeas Corpus in the above-captioned case, and after the Respondents filed their Answer and the state court records, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and upon consideration of the Petitioner's objections, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

　　IT IS ORDERED that the plaintiff's Petition for Writ of Habeas Corpus is DENIED.

　　IT IS FURTHER ORDERED that a certificate of appealability is DENIED

　　IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the Petitioner desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3 of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ALAN N. BLOCH
　　　　　　　　　　　　　　　　　　　　United States District Judge

cc: Hon. Amy Reynolds Hay
United States Magistrate Judge

Eli Crawford, IV
218790
W.E. Donaldson Correctional Facility
100 Warrior Lane
Bessemer, AL 35023

Amy L. Fitzpatrick, Esquire
Ronald M. Wabby, Jr., Esquire
Office of the District Attorney
401 Allegheny County Courthouse
Pittsburgh, PA 15219